929 A.2d 637

**Stephen WINTERS, Petitioner,**

v.

**LYCOMING COUNTY COURT OF COMMON PLEAS, Respondent.**

**No. 72 MM 2007.**

Supreme Court of Pennsylvania.

July 25, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of July, 2007, the Application for Leave to File Original Process is granted and the Petition for Writ of Mandamus Relief is denied.

929 A.2d 637

**Hasson Gerard HILLARD, Petitioner,**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

**No. 73 MM 2007.**

Supreme Court of Pennsylvania.

July 25, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of July, 2007, the Petition for Writ of Mandamus and/or Extraordinary Relief is denied.